U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2024 JUL 18 PM 4: 22

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 2:24-Cr-76-1-2 |
| ) | |
| JOEL GIL-GARCIA ) | (8 U.S.C. § 1324) |
| MAYKEL REYES-CASTILLO ) | |
| Defendants ) | |

## INDICTMENT

The grand jury charges:

### COUNT 1

Beginning on approximately March 16, 2024 and continuing through March 24, 2024, in the District of Vermont and elsewhere, the defendants JOEL GIL-GARCIA and MAYKEL REYES-CASTILLO, knowingly and willfully conspired, with each other and others unknown to the grand jury, to transport aliens within the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

(8 U.S.C. § 1324(a)(1)(A)(v)(I))

1

## COUNT 2

On or about March 24, 2024, in the District of Vermont and elsewhere, the defendants JOEL GIL-GARCIA and MAYKEL REYES-CASTILLO, knowing and in reckless disregard of the fact that aliens J.E., P.V., L.M. and G.L. had entered the United States in violation of law, aided and abetted the attempt to transport said aliens within the United States in furtherance of such violation of law, by means of a vehicle.

(8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(A)(v)(II))

A TRUE BILL

_____
FOR█████████

*Nikolas P. Kerest*
NIKOLAS P. KEREST (GLW)
United States Attorney
Burlington, Vermont
July 18, 2024